Rothschild & Company for use of London Guarantee & Accident Company, appellee, v. John Griffiths and George W. Griffiths, trading as John Griffiths & Son, appellants. Gen. No. 26,558.

Action upon a promise contained in a building contract whereby defendants agreed to indemnify plaintiff from certain claims, demands and judgments. Judgment for plaintiff. Former opinion, see

214 Ill. App. 29. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed December 19, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Winston, Strawn & Shaw, for appellants; John D. Black and Frank H. Towner, of counsel. F. J. Canty and McArdle & McArdle, for appellee; E. J. McArdle, of counsel.

Mr. Justice Matchett delivered the opinion of the court.